IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DORTHEA A STAFIRN,

    Petitioner,

v.                                            CASE NO. 4:11-cv-00113-MP-WCS

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that, pursuant to 28 U.S.C. § 2241(d), this case be transferred to the United States District Court for the Southern District of Florida for all further proceedings. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 5, is ACCEPTED and incorporated herein.

2.     This case is TRANSFERRED to the United States District Court for the Southern District of Florida.

    **DONE AND ORDERED** this   *5th* day of July, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge